IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Foster Township                        :
                                       :
              v.                       :            No. 1428 C.D. 2021
                                       :
Farida B. Rahman,                      :
              Appellant                :

**PER CURIAM**                    **O R D E R**

NOW, November 20, 2023, having considered Appellant's application for reargument, the application is DENIED.